UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAEED SAMIMI,<br><br>                     Plaintiff,<br>   v.<br><br>MERRICK GARLAND et al.,<br><br>                     Defendants. | CASE NO. 2:24-cv-01658-TL<br><br>ORDER TO HOLD CASE IN ABEYANCE |

   Pursuant to the Stipulated Motion to Hold Case in Abeyance filed by the Parties on December 6, 2024 (Dkt. No. 7), the Court ORDERS:

   (1) This case is HELD IN ABEYANCE until February 3, 2025.

   (2) The Parties SHALL submit a status report **on or before February 3, 2025**.

   Dated this 10th day of December 2024.

                                              Tana Lin
                                              United States District Judge

ORDER TO HOLD CASE IN ABEYANCE - 1