# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SAEED SAMIMI,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>MERRICK GARLAND et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:24-cv-01658-TL<br><br>ORDER DISMISSING COMPLAINT |

This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal. Dkt. No. 13.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Although the Parties filed a stipulated motion to hold the case in abeyance (Dkt. No. 7), which the Court duly granted (Dkt. No. 10), Defendants have not served an answer or a motion for summary judgment. Plaintiff's action is therefore ripe for voluntary dismissal by right.

Accordingly, Plaintiff's request that the Court dismiss the instant complaint is GRANTED. This case is DISMISSED WITHOUT PREJUDICE. The Clerk is DIRECTED to close this case.

Dated this 28th day of January 2025.

　　　　　　　　　　　　　　　　　　　　　Tana Lin
　　　　　　　　　　　　　　　　　　　　　United States District Judge